IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 98-10097
_____

PLAYBOY ENTERPRISES, INCORPORATED

Plaintiff-Appellee

versus

WEBBWORLD, INC; DOES1-10,
doing business as Netpics Com;
BENTLEY IVES; JAMES GURKIN;
BENJAMIN BRIAN ELLIS

Defendants-Appellants

_____

Appeal from the United States District Court
for the Northern District of Texas
(3:96-CV-3222-H)
_____

January 8, 1999

Before HIGGINBOTHAM, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

We affirm essentially for the reasons stated by the trial
judge.

AFFIRMED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.